**STATE of Missouri, Plaintiff/Respondent,**

v.

**Wilbert WILLIAMS, Defendant/Appellant.**

**Wilbert WILLIAMS, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 58654, 60524.**

Missouri Court of Appeals, Eastern District, Division Two.

Aug. 25, 1992.

John Klosterman, St. Louis, for appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM.

In this jury-tried case, defendant appeals his conviction of sale of a controlled substance. He also appeals the trial court's denial of his Rule 29.15 motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

---

**3.** An amendment to § 452.370 in 1990 changed   subparagraph 3 to subparagraph 4.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).